IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAMIAN PITTMAN,

    Petitioner,

v.                                                         Civil Action No. **3:17CV684**

**PIEDMONT REGIONAL JAIL,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a former inmate proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on October 30, 2017, the Court directed Petitioner to complete and return the standardized form for filing a 28 U.S.C. § 2241 petition within eleven (11) days of the date of entry thereof. More than eleven (11) days have expired since the entry of the October 30, 2017 Memorandum Order and Petitioner has failed to return the standardized form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/           
John A. Gibney, Jr.
United States District Judge

Date: 12/11/17
Richmond, Virginia